AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| ORGANIC TRADE ASSOCIATION )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>)<br>U.S. DEPARTMENT OF AGRICULTURE )<br>SONNY PERDUE (OFFICIAL CAPACITY) )<br>BRUCE SUMMERS (OFFICIAL CAPACITY) )<br>)<br>*Defendant(s)* ) | Civil Action No. 1:17-cv-1875  RMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SONNY PERDUE, SECRETARY
United States Department of Agriculture
1400 Independence Avenue, S.W.
Washington, D.C. 20250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Organic Trade Association, represented by:
Andrea M. Downing
Wade, Grimes, Friedman, Meinken & Leischner, PLLC
616 North Washington Street
Alexandria, Virginia 22314
downing@oldtownlawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  9/18/2017                                                                /s/ Michael Darby

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17-cv-1875

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Honorable Sonny Perdue, Secretary of the Department of Agriculture was received by me on *(date)* September 21, 2017

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Victor Milburn , who is designated by law to accept service of process on behalf of *(name of organization)* Honorable Sonny Perdue Secretary of the Department of Agriculture on *(date)* September 21, 2017 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: SEP/25/17

*Server's signature*

Alejandro Iraheta, Courier, All State Courier Services
*Printed name and title*

1220 L. St. NW Suite 100-131 Washington DC 20005
*Server's address*

Additional information regarding attempted service, etc: