# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ORGANIC TRADE ASSOCIATION,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  Civil Action No. 17-1875 (RMC) |
| **UNITED STATES DEPARTMENT OF AGRICULTURE,** *et al.*, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

For the reasons articulated in the Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that Defendants' Motion to Dismiss, Dkt. 43, is **GRANTED** in part and **DENIED** in part; and it is

**FURTHER ORDERED** that Count I of the Second Amended Complaint, challenging USDA's February, May, and November Delay Rules, is **DISMISSED**; and it is

**FURTHER ORDERED** that the portion of Court's October 4, 2018 Order, Dkt. 74, granting Plaintiff's Request for Oral Argument, Dkt. 68, is **VACATED**.

Date: February 27, 2019

ROSEMARY M. COLLYER
United States District Judge