**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ORGANIC TRADE ASSOCIATION,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF AGRICULTURE, *et al.*,<br><br>  Defendants. | Case No. 1:17-cv-01875-RMC |

**DEFENDANTS' NOTICE OF FILING
OF CERTIFIED INDEX TO ADMINISTRATIVE RECORD**

Defendants (collectively, "USDA") hereby provide notice of filing of the certified index to the administrative record in this case. A copy of the certified index is attached as Exhibit A to this Notice and was previously served upon counsel for the Plaintiff in April 2019 along with the administrative record. However, the undersigned counsel inadvertently neglected to file this certified index on the docket as required by Local Civil Rule 7(n)(1).

Dated: June 24, 2019

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General

ERIC R. WOMACK
Assistant Director, Federal Programs Branch

*/s/ Serena M. Orloff*
SERENA M. ORLOFF
California bar no. 260888
Trial Attorney, U.S. Department of Justice
1100 L Street NW, Room 12512
Washington, D.C. 20005
(P) 202-305-0167
(F) 202-616-8470

serena.m.orloff@usdoj.gov

*Attorneys for Defendants*

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORGANIC TRADE ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-01875-RMC |

## CERTIFICATION OF ADMINISTRATIVE RECORD

I, Jennifer Tucker, Ph.D., Deputy Administrator, National Organic Program, Agricultural Marketing Service, United States Department of Agriculture, hereby certify that, to the best of my knowledge, the attached Administrative Record is a true, correct, and complete copy of the non-privileged documents that were directly or indirectly considered in connection with the March 13, 2018 Withdrawal Rule at issue in the above-captioned matter.

Dated: 4/23/2019

_____
JENNIFER TUCKER, Ph.D.
Deputy Administrator, National Organic Program
Agricultural Marketing Service
United States Department of Agriculture

# Index of Administrative Record

*Organic Trade Association v. USDA,* et al., Case No. 17-1875-RMC (D.D.C.)

| Doc No. | Begin Bates | End Bates | Page Count | Doc Date | Description | Ex. Location |
|---|---|---|---|---|---|---|
| **Background relating to Withdrawal Rule** | | | | | | |
| 1 | OLPP_00000001 | OLPP_00000055 | 55 | 4/13/2016 | Proposed Rule: Organic Livestock and Poultry Practices | Ex. A |
| 2 | OLPP_00000056 | OLPP_00000084 | 29 | 2014 | Animal Welfare Survey Summary OEFA 2014 | Ex. A |
| 3 | OLPP_00000085 | OLPP_00000091 | 7 | 12/7/2014 | EIC Survey of US Organic Egg Production | Ex. A |
| 4 | OLPP_00000092 | OLPP_00000101 | 10 | Jan. 2017 | Benefit+Cost Workbook for OLPP Rule | Ex. A |
| 5 | OLPP_00000102 | OLPP_00000256 | 155 | 1/17/2017 | Regulatory Impact Analysis and Final Regulatory Flexibility Analysis | Ex. A |
| 6 | OLPP_00000257 | OLPP_00000307 | 51 | 1/19/2017 | Final Rule: Organic Livestock and Poultry Practices (OLPP Rule) | Ex. A |
| 7 | OLPP_00000308 | OLPP_00000309 | 2 | 1/20/2017 | Priebus memo, "Regulatory Freeze Pending Review" | Ex. A |
| 8 | OLPP_00000310 | OLPP_00000312 | 3 | 1/20/2017 | Young memo, "Procedures for Regulations and Other Documents Published in the Federal Register" | Ex. A |
| 9 | OLPP_00000313 | OLPP_00000313 | 1 | 2/9/2017 | Final Rule: Delay of Effective Date of OLPP Rule to 5.19.17 | Ex. A |
| 10 | OLPP_00000314 | OLPP_00001732 | 1419 | 4/13/2017 | Transcript of Spring 2017 NOSB Public Hearing | Exs. B1 and B2 |
| 11 | OLPP_00001733 | OLPP_00001735 | 3 | 4/21/2017 | Formal Recommendation: NOSB Resolution on the OLPP Rule | Ex. C |
| 12 | OLPP_00001736 | OLPP_00001736 | 1 | 5/3/2017 | NOSB Spring Proposals and Votes | Ex. C |
| 13 | OLPP_00001737 | OLPP_00001737 | 1 | 5/10/2017 | Final Rule: Delay of Effective Date of OLPP Rule to 11.14.17 | Ex. C |
| 14 | OLPP_00001738 | OLPP_00001738 | 1 | 5/10/2017 | Proposed Rule: Intent to Pursue One of Four Options for OLPP Rule | Ex. C |

Case 1:17-cv-01875-RMC   Document 86   Filed 06/24/19   Page 6 of 10

**Index of Administrative Record**
*Organic Trade Association v. USDA,* et al., Case No. 17-1875-RMC (D.D.C.)

| 15 | OLPP_00001739 | OLPP_00001740 | 2 | 5/10/2017 | Kevin Shea, Memo for the Record re meeting with Organic Trade Association | Ex. C |
|---|---|---|---|---|---|---|
| 16 | OLPP_00001741 | OLPP_00003678 | 1938 | 10/24/2017 | Transcript of Fall 2017 NOSB Public Hearing | Exs. D1, D2, D3 |
| 17 | OLPP_00003679 | OLPP_00003680 | 2 | 11/14/2017 | Final Rule: Delay of Effective Date of OLPP Rule to 5.14.18 | Ex. E |
| **Withdrawal Rule** | | | | | | |
| 18 | OLPP_00003681 | OLPP_00003685 | 5 | 12/18/2017 | Proposed Rule: Intent to Withdraw the OLPP Rule | Ex. E |
| 19 | OLPP_00003686 | OLPP_00003693 | 8 | Sept. 2017 | OTA 2017 Organic Industry Survey | Ex. E |
| 20 | OLPP_00003694 | OLPP_00003699 | 6 | Sept. 2017 | OTA 2017 U.S. Families' Organic Attitudes and Behaviors Survey | Ex. E |
| 21 | OLPP_00003700 | OLPP_00003703 | 4 | 11/20/2017 | Civil Rights Impact Analysis | Ex. E |
| 22 | OLPP_00003704 | OLPP_00003718 | 15 | Dec. 2017 | Preliminary Regulatory Impact Analysis: OLPP Withdrawal | Ex. E |
| 23 | OLPP_SUPP_0000001 | OLPP_SUPP_0000044 | 44 | Aug. 2012 | NOP, Economic Impact Analysis of Proposed Regulations for Living Conditions for Organic Poultry, Revised Phase I Report | Ex. E-Supp |
| 24 | OLPP_SUPP_0000045 | OLPP_SUPP_0000111 | 67 | Aug. 2012 | NOP, Economic Impact Analysis of Proposed Regulations for Living Conditions for Organic Poultry, Revised Phase II Report | Ex. E-Supp |
| 25 | OLPP_SUPP_0000112 | OLPP_SUPP_0000134 | 23 | Aug. 2012 | NOP, Economic Impact Analysis of Proposed Regulations for Living Conditions for Organic Poultry, Phase III Report | Ex. E-Supp |
| 26 | OLPP_SUPP_0000135 | OLPP_SUPP_0000148 | 14 | Feb. 2014 | Vukina et al., Economic effects of proposed changes in living conditions for laying hens under the National Organic Program | Ex. E-Supp |

| # | Begin Bates | End Bates | Pages | Date | Description | Exhibit |
|---|---|---|---|---|---|---|
| 27 | OLPP_SUPP_0000149 | OLPP_SUPP_0000159 | 11 | Aug. 2014 | Vukina et al., Proposed changes in living conditions for broilers under the Nationa Organic Program will have limited economic effects | Ex. E-Supp |
| 28 | OLPP_00003719 | OLPP_00141316 | 1E+05 | 12/18/2017 | Public submissions to the 12.18.17 Proposed Rule: Intent to Withdraw the OLPP Rule | Exs. F1 - F103 |
| 29 | OLPP_00141317 | OLPP_00141321 | 5 | undated | Civil Rights Imact Analysis (unsigned but final version) | Ex. G |
| 30 | OLPP_00141322 | OLPP_00141322 | 1 | 2/14/2018 | Civil Rights Impact Analysis signature page | Ex. G |
| 31 | OLPP_00141323 | OLPP_00141336 | 14 | Mar. 2018 | Regulatory Impact Analysis: OLPP Withdrawal | Ex. G |
| 32 | OLPP_00141337 | OLPP_00141345 | 9 | 3/13/2018 | Final Rule: Withdrawal of OLPP Rule | Ex. G |
| 33 | OLPP_00141346 | OLPP_00141347 | 2 | 1/18/2018 | Email re confirming Leahy/DeFazio letter on regulations.gov | Ex. H |
| 34 | OLPP_00141348 | OLPP_00141349 | 2 | 1/18/2018 | Email re deadline for public comment period | Ex. H |
| 35 | OLPP_00141350 | OLPP_00141351 | 2 | 1/18/2018 | Email re whether Leahy/DeFazio letter on regulations.gov | Ex. H |
| 36 | OLPP_00141352 | OLPP_00141354 | 3 | 1/17/2018 | Senator Leahy & Rep. DeFazio letter to Sec. Perdue | Ex. H |
| 37 | OLPP_00141355 | OLPP_00141355 | 1 | 1/17/2018 | Email re denying request for extension of public comment period | Ex. H |
| 38 | OLPP_00141356 | OLPP_00141356 | 1 | 1/9/2018 | Email re submission of comments | Ex. H |
| 39 | OLPP_00141357 | OLPP_00141358 | 2 | 1/12/2018 | Email re letter from Senators requesting extension of public comment period | Ex. H |
| 40 | OLPP_00141359 | OLPP_00141360 | 2 | 1/17/2018 | Email re letter from Organic Community to Sec. Perdue | Ex. H |
| 41 | OLPP_00141361 | OLPP_00141369 | 9 | 1/17/2018 | Letter from Organic Community to Sec. Perdue | Ex. H |
| 42 | OLPP_00141370 | OLPP_00141370 | 1 | 1/17/2018 | Email re denying request for extension of public comment period | Ex. H |
| 43 | OLPP_00141371 | OLPP_00141371 | 1 | 1/17/2018 | Email re denying request for extension of public comment period | Ex. H |
| 44 | OLPP_00141372 | OLPP_00141372 | 1 | 1/12/2018 | Email re request for extension of public comment period | Ex. H |

| | | | | | | |
|---|---|---|---|---|---|---|
| 45 | OLPP_00141373 | OLPP_00141374 | 2 | 2/20/2018 | Email re letter from Midwest Organic Services Ass'n to Westby Coop Creamery | Ex. H |
| 46 | OLPP_00141375 | OLPP_00141377 | 3 | 2/19/2018 | Letter from Midwest Organic Services Ass'n to Westby Coop Creamery | Ex. H |
| 47 | OLPP_00141378 | OLPP_00141384 | 7 | | Pages intentionally left blank | Ex. H |
| 48 | OLPP_00141385 | OLPP_00141386 | 2 | 4/21/2017 | Email re NOSB OLPP resolution | Ex. H |
| 49 | OLPP_00141387 | OLPP_00141415 | 29 | 2014 | Copy of Animal Welfare Survey Summary OEFA 2014 | Ex. H |
| 50 | OLPP_00141416 | OLPP_00141416 | 1 | 1/24/2018 | Email re list of large companies | Ex. H |
| 51 | OLPP_00141417 | OLPP_00141417 | 1 | 1/24/2018 | Email re letter from WF Stoneman Company | Ex. H |
| 52 | OLPP_00141418 | OLPP_00141419 | 2 | 1/13/2018 | Letter from WF Stoneman Company to Sec. Perdue | Ex. H |
| 53 | OLPP_00141420 | OLPP_00141422 | 3 | 1/19/2018 | Email re submission of petition | Ex. H |
| 54 | OLPP_00141423 | OLPP_00141423 | 1 | 1/17/2018 | Email re letter from Senators requesting extension of public comment period | Ex. H |
| 55 | OLPP_00141424 | OLPP_00141425 | 2 | 1/17/2018 | Letter from Senators to Sec. Perdue requesting extension of public comment period | Ex. H |
| 56 | OLPP_00141426 | OLPP_00141427 | 2 | 1/12/2018 | Letter re letter from Senators requesting extension of public comment period | Ex. H |
| 57 | OLPP_00141428 | OLPP_00141428 | 1 | 1/3/2018 | Email re extension of public comment period | Ex. H |
| 58 | OLPP_00141429 | OLPP_00141429 | 1 | 1/3/2018 | Letter from Animal Welfare Institute requesting extension of public comment period | Ex. H |
| 59 | OLPP_00141430 | OLPP_00141431 | 2 | 1/2/2018 | Email re request for extension of public comment period | Ex. H |
| 60 | OLPP_00141432 | OLPP_00141432 | 1 | 12/22/2017 | Letter from Organic Valley requesting extension of public comment period | Ex. H |
| 61 | OLPP_00141433 | OLPP_00141434 | 2 | 12/22/2017 | Email re request for extension of public comment period | Ex. H |
| 62 | OLPP_00141435 | OLPP_00141435 | 1 | 12/22/2017 | Letter from Organic Valley requesting extension of public comment period | Ex. H |
| 63 | OLPP_00141436 | OLPP_00141436 | 1 | 12/21/2017 | Letter re submission of comment | Ex. H |
| 64 | OLPP_00141437 | OLPP_00141438 | 2 | 12/15/2017 | Email comment from Robert Rutkowski | Ex. H |

Case 1:17-cv-01875-RMC   Document 86   Filed 06/24/19   Page 9 of 10
Index of Administrative Record
*Organic Trade Association v. USDA,* et al., Case No. 17-1875-RMC (D.D.C.)

| 65 | OLPP_00141439 | OLPP_00141439 | 1 | 1/17/2018 | Email re letter from Organic Community to Sec. Perdue | Ex. H |
|---|---|---|---|---|---|---|
| 66 | OLPP_00141440 | OLPP_00141448 | 9 | 1/17/2018 | Letter from Organic Community to Sec. Perdue | Ex. H |
| 67 | OLPP_00141449 | OLPP_00141449 | 1 | 1/16/2018 | Email re letter from Humane Society to Sec. Perdue | Ex. H |
| 68 | OLPP_00141450 | OLPP_00141452 | 3 | 1/12/2018 | Letter from Humane Society to Sec. Perdue | Ex. H |
| 69 | OLPP_00141453 | OLPP_00141454 | 2 | 4/21/2017 | Email re NOSB OLPP resolution | Ex. H |
| 70 | OLPP_00141455 | OLPP_00141483 | 29 | 2014 | Copy of Animal Welfare Survey Summary OEFA 2014 | Ex. H |
| 71 | OLPP_00141484 | OLPP_00141486 | 3 | 1/18/2018 | Email re submission of petition | Ex. H |
| 72 | OLPP_00141487 | OLPP_00142506 | 1020 | 12/18/2017 | Petition with signatures | Ex. H |
| 73 | OLPP_00142507 | OLPP_00142507 | 1 | 1/16/2018 | Email re submission of email comments | Ex. H |
| 74 | OLPP_00142508 | OLPP_00142508 | 1 | 1/13/2018 | Email re email comment from hhdownen | Ex. H |
| 75 | OLPP_00142509 | OLPP_00142509 | 1 | 1/12/2018 | Email re email comment from Lyda Karrh | Ex. H |
| 76 | OLPP_00142510 | OLPP_00142510 | 1 | 1/12/2018 | Email re email comment from Joan Benson | Ex. H |
| 77 | OLPP_00142511 | OLPP_00142511 | 1 | 1/12/2018 | Email re email comment from Sandy Dempsey | Ex. H |
| 78 | OLPP_00142512 | OLPP_00142512 | 1 | 1/15/2018 | Email re email comment from Elaine Goodbrod | Ex. H |
| 79 | OLPP_00142513 | OLPP_00142513 | 1 | 1/16/2018 | Email re email comment from Patricia Sumerlin | Ex. H |
| 80 | OLPP_00142514 | OLPP_00142514 | 1 | 1/12/2018 | Email re email comment from Donna Jones | Ex. H |
| 81 | OLPP_00142515 | OLPP_00142515 | 1 | 1/12/2018 | Email re email comment from Ellen Parsons | Ex. H |
| 82 | OLPP_00142516 | OLPP_00142516 | 1 | 1/12/2018 | Email re email comment from Phoebe Crandall | Ex. H |
| 83 | OLPP_00142517 | OLPP_00142517 | 1 | 1/12/2018 | Email re email comment from Laurel Werhane | Ex. H |
| 84 | OLPP_00142518 | OLPP_00142518 | 1 | 1/12/2018 | Email re email comment from Michaela Pond | Ex. H |
| 85 | OLPP_00142519 | OLPP_00142519 | 1 | 1/12/2018 | Email re email comment from Jodi Groth | Ex. H |
| 86 | OLPP_00142520 | OLPP_00142520 | 1 | 1/12/2018 | Email re email comment from Naomi Mecheau | Ex. H |
| 87 | OLPP_00142521 | OLPP_00142521 | 1 | 1/12/2018 | Email comment from Karen Ghinazzi | Ex. H |
| 88 | OLPP_00142522 | OLPP_00142523 | 2 | 1/9/2018 | Email re extension of public comment period | Ex. H |
| 89 | OLPP_00142524 | OLPP_00142526 | 3 | 1/9/2018 | Letter from National Organic Coalition requesting extension of public comment period | Ex. H |
| 90 | OLPP_00142527 | OLPP_00142527 | 1 | 1/2/2018 | Email re extension of public comment period | Ex. H |
| 91 | OLPP_00142528 | OLPP_00142529 | 2 | 12/20/2017 | Letter from Organic Trade Association requesting extension of public comment period | Ex. H |
| 92 | OLPP_00142530 | OLPP_00142541 | 12 | 12/19/2017 | Email comment from Jean Public | Ex. H |

| 93 | OLPP_00142542 | OLPP_00142542 | 1 | 4/21/2017 | Email re NOSB OLPP resolution | Ex. H |
|---|---|---|---|---|---|---|
| 94 | OLPP_00142543 | OLPP_00142571 | 29 | 2014 | Copy of Animal Welfare Survey Summary OEFA 2014 | Ex. H |
| 95 | OLPP_00142572 | OLPP_00142572 | 1 | 1/2/2018 | Email re extension of public comment period | Ex. H |
| 96 | OLPP_00142573 | OLPP_00142573 | 1 | undated | Letter from ASPCA requesting extension of public comment period | Ex. H |
| 97 | OLPP_00142574 | OLPP_00142575 | 2 | 1/2/2018 | Email re extension of public comment period | Ex. H |
| 98 | OLPP_00142576 | OLPP_00142576 | 1 | 12/22/2017 | Letter from Organic Valley requesting extension of public comment period | Ex. H |
| 99 | OLPP_00142577 | OLPP_00142577 | 1 | 1/16/2018 | Email re letter from Humane Society to Sec. Perdue | Ex. H |
| 100 | OLPP_00142578 | OLPP_00142580 | 3 | 1/12/2018 | Letter from Humane Society to Sec. Perdue | Ex. H |
| 101 | OLPP_00142581 | OLPP_00142581 | 1 | 1/8/2018 | Email re extension of public comment period | Ex. H |
| 102 | OLPP_00142582 | OLPP_00142582 | 1 | undated | Letter from ASPCA requesting extension of public comment period | Ex. H |