# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORGANIC TRADE ASSOCIATION,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*<br><br>　　　Defendants. | Civil Case No. 1:17-cv-01875 (RMC) |

## PROPOSED ORDER

Upon consideration of the Plaintiff's Motion to Complete and Correct the Administrative Record, and finding good cause exists it,

IT IS ORDERED that the motion is granted and:

The Certified Administrative Record in this case shall include the:

a. The "Office of Inspector General Report" cited at 82 Fed. Reg. at 7044 (January 19, 2017) (OLPP Final Rule).

b. The "nine separate recommendations" of the National Organic Standards Board that led to the OLPP and are specifically cited at at 82 Fed. Reg. at 7044 and 7082 (January 19, 2017) (OLPP Final Rule) and any and all written responses of the National Organic Program "NOP" to the nine separate recommendations.

c. The recommendations of the National Organic Standards Board cited in the Proposed OLPP in April 2016, 81 Fed. Reg. at 21958-59, and all written responses of the NOP to the designated recommendations.

    d. The 6,675 comments filed in response to the Proposed Rule "Organic Livestock and Poultry Practices", 81 Fed. Reg. 219562-2009 (April 13, 2016)

    e. Plaintiff shall file any request for relief regarding the administrative record on or before June 5, 2019; and

    f. Document No. 11 in the Certified Administrative Record shall be redesignated as "NOSB Resolution."

IT IS SO ORDERED