**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **ORGANIC TRADE ASSOCIATION,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 17-1875 (RMC) |
| | ) | |
| **UNITED STATES DEPARTMENT,** | ) | |
| **OF AGRICULTURE,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

For the reasons stated in the Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that Organic Trade Association's Request for Leave to File a Reply Memorandum, Dkt. 88, is **GRANTED**; and it is

**FURTHER ORDERED** that Organic Trade Association's Motion to Complete the Administrative Record and Correct an Error in the Existing Record and Suggestion of Further Conferral Between the Parties, Dkt. 85, is **DENIED**, except for the request to further confer, which requires no decision from the Court.

Date: August 13, 2019

ROSEMARY M. COLLYER
United States District Judge