UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORGANIZE TRADE ASSOCIATION,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.,*<br><br>  Defendants. | Civil Case No. 1:17-cv-01875-RMC |

## CONSENT MOTION TO RESET DEADLINES BY TWO DAYS

Plaintiff respectfully submits the following unopposed request to reset the present briefing deadlines by two days. As grounds counsel states:

1. Washington D.C.'s professional baseball team, the Nationals ("Nats"), began this baseball season by losing 31 of its first 50 games.

2. Since that time, due in part to the unflagging support of a certain nine-year old boy closely associated with undersigned counsel, the wheels of justice have turned and the team has rightfully advanced deep in the baseball playoffs.

3. The nine-year old and counsel wish to continue to stay up late watching baseball and to attend tomorrow's game, if it is necessary. Counsel's attendance at each is required for supervision.

4. A respectful request is submitted to reset the Plaintiff's date for filing summary judgment from October 18, 2019 to October 21, 2019 and to reset Defendants' Answer and Cross-Motion from November 22, 2019 to November 25, 2019. No other date needs resetting.

5. With the consent of the parents and baseball fans at the Department of Justice, this request is unopposed.

    Respectfully Submitted:

        /s/  William J. Friedman
        William J. Friedman
        107 S. West St.
        Alexandria, VA 22314

1

Tel.: 571.217.2190
Email: pedlarfarm@gmail.com

<u>By Email Confirmation</u>
SERENA M. ORLOFF
California bar no. 260888
Trial Attorney, U.S. Department of Justice
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Room 7336
(P) 202-305-0167
(F) 202-616-8470
serena.m.orloff@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on October 15, 2019 I filed a copy of this Motion electronically with this Court and all participants in this case who are registered CM/ECF users will be served via the CM/ECF system.

/s/ William J. Friedman
Counsel for Plaintiff Organic Trade Association