IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORGANIZATION TRADE ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et al.,<br><br>    Defendants. | Civil Case No. 1:17-cv-01875-PLF |

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S FOURTH CLAIM FOR RELIEF IN ITS THIRD AMENDED COMPLAINT UNDER LCvR 7

Plaintiff OTA respectfully submits the following Notice.

1. Count Four of Plaintiff's Third Amended Complaint ("TAC") alleged unlawful prejudgment, bias and "closed mind" with regard to the prior administration's course reversal and rescission of the *Organic Livestock and Poultry Practices* final rule and the post-remand administrative proceedings it undertook. *See* ECF No. 121 (TAC).

2. To avoid conflating the conduct of the prior administration with that of the present administration, and to avoid compelling current office holders to defend administrative practices completed prior to their having begun government service, Plaintiff submitted no briefing on summary judgment for Count Four of the TAC, intending thereby to voluntarily withdraw Count Four of the TAC. *See* ECF No. 140-1 (Memorandum of Law in Support of Summary Judgment); LCvR 7(b) (unbriefed issue is conceded).

3. However, the filed Motion for summary judgment inadvertently included Count Four in

1

the request for positive relief.  ECF No. 140 (Motion for Summary Judgment).  Plaintiff seeks positive relief on Counts Two and Three and does not seek positive relief under Count Four of the TAC.  Attached to this Notice is a conforming copy of the Motion for Summary Judgment that limits the request for positive relief to Counts Two and Three.

        Respectfully Submitted:

        _____/s/_____
        William J. Friedman
        107 S. West Street
        Alexandria, Virginia 22314
        Phone: 571-217-2190
        Email: pedlarfarm@gmail.com

        COUNSEL FOR PLAINTIFF ORGANIC TRADE ASSOCIATION