IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORGANIC TRADE ASSOCIATION,

*Plaintiff*,

v.

UNITED STATES DEPARTMENT
OF AGRICULTURE, *et al.*,

*Defendants*.

Case No. 1:17-cv-01875-PLF

### JOINT STATUS REPORT

Pursuant to this Court's minute order on December 20, 2024, the parties file the following status report:

1. On March 30, 2022, this Court granted USDA's motion for voluntary remand without vacatur. ECF No. 170.

2. On November 2, 2023, the United States Department of Agriculture published in the Federal Register a final rule, The National Organic Program (NOP); Organic Livestock and Poultry Standards Rule, 88 Fed. Reg. 75,394 (Nov. 2, 2023), which is the culmination of a rulemaking on remand that sought to address "topics that were the subject of the OLPP final rule," and at issue in this litigation.

3. On December 20, 2024, this Court's minute order directed the parties to file a status report on or before January 16, 2025.

4. The parties are continuing to confer regarding a possible settlement of the pending claims and those that might be set forth in an amended complaint.

1

5.	The parties respectfully request the Court leave the docket open for an appropriate submission by either party and propose filing a joint status report on March 4, 2025, to update the Court and propose a schedule for further proceedings, if necessary.

Dated:  January 16, 2025.

                                      Respectfully Submitted,

                                      */s/ William J. Friedman*

                                      William J. Friedman
                                      Counsel for Plaintiff Organic Trade Association
                                      107 S. West St.
                                      Alexandria, VA 22314
                                      Tel.:  571.217.2190
                                      Email:  pedlarfarm@gmail.com

Respectfully Submitted:

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        JOSEPH E. BORSON
        Assistant Branch Director

        */s/ Lisa Newman*
        LISA NEWMAN (TX 24107878)
        Trial Counsel
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street NW
        Washington, DC 20005
        Phone: (202) 514-5578
        Fax: (202) 616-8470
        Email: lisa.n.newman@usdoj.gov