### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ORGANIC TRADE ASSOCIATION, *Plaintiff*, v. UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*, *Defendants*. | Case No. 1:17-cv-01875-PLF |

### JOINT STATUS REPORT

Pursuant to this Court's minute order dated March 6, 2025, the parties file the following status report. The parties have conferred and propose that the Court enter the following schedule:

- Plaintiff's Motion for Leave to File Fourth Amended Complaint is due on or before June 8, 2025.

- Defendants' combined opposition to Plaintiff's Motion for Leave to File its Fourth Amended Complaint and Cross-Motion to Dismiss the Third Amended Complaint as moot is due on or before July 17, 2025.

- Plaintiff's opposition to any motion to dismiss the Third Amended Complaint and Reply in support of its Motion for Leave to File Fourth Amended Complaint are due on or before August 18, 2025.

- Defendants' Reply in support of their Motion to Dismiss the Third Amended Complaint is due on or before September 17, 2025.

The parties are continuing to discuss whether they can resolve this case without court involvement, and will continue those discussions during the briefing of any forthcoming motions.

1

Dated: May 7, 2025

                                    Respectfully Submitted,


                                      */s/ William J. Friedman*

William J. Friedman
Counsel for Plaintiff Organic Trade Association
107 S. West St.
Alexandria, VA 22314
Tel.:  571.217.2190
Email:  pedlarfarm@gmail.com



YAAKOV M. ROTH
Acting Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

 */s/ Liam C. Holland*
LIAM C. HOLLAND (*Admitted in New York*)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-4964
Fax: (202) 616-8470
Email: liam.c.holland@usdoj.gov