UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ORGANIC TRADE ASSOCIATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 17-01875 (PLF) |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF AGRICULTURE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that defendants' Motion to Dismiss the Third Amended Complaint [Dkt. No. 194] is GRANTED; it is

FURTHER ORDERED that plaintiff's Request for Leave to File Supplemental Complaint [Dkt. No. 193] is DENIED; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice.

This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 5/5/26